UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONGOO, LLC, doing business as ADBLADE, | Civil Action No. 16-401 (MAS) (TJB) |
| Plaintiff, | **ORDER** |
| v. | |
| REVCONTENT LLC, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Congoo, LLC, d/b/a Adblade's ("Plaintiff") motion for a preliminary injunction against Defendants Revcontent LLC and John Daniel Lemp, Revcontent's founder and Chief Executive Officer, (collectively, "Defendants") (ECF No. 6), and on Defendants' motion to dismiss the Complaint (ECF No. 19). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons stated in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS**, on this 15 day of April 2016, **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 19) is DENIED; and

2. The parties shall electronically file a joint proposed schedule for an evidentiary hearing on Plaintiff's Motion for a Preliminary Injunction (ECF No. 6) on or before **April 22, 2016**. The schedule must contain proposed dates for:

  a. An expedited discovery schedule with respect to any discovery required for the evidentiary hearing[1];

  b. Submission of pre-hearing legal briefs and two copies of exhibit binders;

  c. Submission of witness lists;

  d. A pre-hearing telephone conference; and

  e. An evidentiary hearing.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Any discovery-related disputes should be addressed to the magistrate judge on this matter via electronically filed correspondence.