UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONGOO, LLC, doing business as ADBLADE, | Civil Action No. 16-401 (MAS) (TJB) |
| Plaintiff, | **ORDER** |
| v. | |
| REVCONTENT LLC, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Congoo, LLC, d/b/a Adblade's ("Plaintiff") motion for a preliminary injunction against Defendants Revcontent LLC and John Daniel Lemp, Revcontent's founder and Chief Executive Officer (collectively, "Defendants"). (ECF No. 6.) Defendants filed opposition (ECF No. 20), and Plaintiff replied (ECF No. 25). The Court held an evidentiary hearing on Plaintiff's motion on July 7, 8, and 19, 2016, and placed its decision on the record on September 8, 2016. For the reasons set forth on the record, and other good cause shown,

**IT IS**, on this 8th day of September 2016, **ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF No. 6) is DENIED.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**
