**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CONGOO, LLC, d/b/a ADBLADE, | : |
| | : Civil Action No.  3:16-cv-00401-MAS-TJB |
| Plaintiff, | : |
| v. | : **Document Filed Electronically** |
| | : |
| REVCONTENT LLC, and | : |
| JOHN DANIEL LEMP, | : |
| | : |
| Defendants. | : |
| | x |

### AFFIDAVIT IN SUPPORT OF DISCOVERY CONFIDENITALITY ORDER

The parties have met and conferred and hereby stipulate to entry of the attached proposed protective order in this case, and declare as follows pursuant to L.R. 5.3(b)(2):

Counsel for the parties in this action have reached agreement on the need for the entry of a proposed Discovery Confidentiality Order to cover information, documents, and things to be produced by the parties during the course of discovery in this action, with the intention of governing the disclosure of proprietary, commercial, trade secret and other confidential information, documentation, and things.

There is good cause for entry of the proposed Discovery Confidentiality Order as an order of the Court. See Fed. R. Civ. P. 26(c); *Pansy v. Borough of Stroudsburg*, 23 F.3d 772. 786 (3d Cir. 1994). This action involves a commercial dispute between private parties. The parties anticipate that discovery in this matter will require the production of information, documents, and things that contain proprietary, commercial, private, trade secret and/or other confidential information, including but not limited to confidential details of technology implementation, commercial strategies, customer lists, company financial information, business plans, and sales information.

Stipulation for Entry of Protective Order.docx

Upon information and belief, the parties believe they would suffer substantial and specific harm should any of the categories of proprietary, commercial, and/or confidential information or documentation enumerated in the above paragraph be disclosed in contravention of the terms of the proposed Discovery Confidentiality Order, and should limitation on any such disclosure not be enforceable as an order of this Court. Such harm may include, but is not limited to, potential financial damage through the divulgence of commercial secrets or other proprietary information, damage to business relationships, damage to the value of respective commercial secrets, technology, and/or other irreparable harm.

The parties believes that the entry of the proposed Discovery Confidentiality Order will promote a free exchange of documents and information, will greatly diminish the involvement of the Court in discovery proceedings, and will move this case along more rapidly and at less cost. Accordingly, the parties also believe that legitimate private and public interests warrant the entry of the proposed Discovery Confidentiality Order.

Pursuant to 28 U.S.C. § 1746, the parties declare under penalty of perjury that the foregoing is true and correct:

| | |
|---|---|
| /s/ Gregory S. Gewirtz | /s/ Christopher A. Barbarisi |
| Gregory S. Gewirtz | Christopher A. Barbarisi |
| Charles P. Kennedy | K&L GATES, LLP |
| Alexander Solo | One Newark Center, Tenth Floor |
| LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP | Newark, NJ 07102-5285 |

600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:    908.654.7866
Email:  ggewirtz@lernerdavid.com

*Attorneys for Plaintiff CONGOO, LLC, d/b/a ADBLADE*

Tel:  973.848.4000
Fax:  973.848.4001
Email: christopher.babarisi@klgates.com

David A. Bateman
K&L GATES, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Tel:  206.623.7580
Fax:  206.623.7022
Email:  david.bateman@klgates.com

Elisa J. D'Amico, Esq.
K&L GATES, LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel:  305.539.3300
Fax: 305.358.7095
Email:  elisa.damico@klgates.com

*Attorneys for Defendants REVCONTENT LLC, and JOHN DANIEL LEMP*