Charles P. Kennedy
Gregory S. Gewirtz
Alexander Solo
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Plaintiff Congoo, LLC d/b/a Adblade*

**Document Filed Electronically**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONGOO, LLC, d/b/a ADBLADE, | Civil Action No. 3:16-cv-00401-MAS-TJB |
| Plaintiff, | |
| v. | District Judge Michael A. Shipp |
| | Magistrate Judge Tonianne J. Bongiovanni |
| REVCONTENT LLC, and JOHN DANIEL LEMP, | |
| Defendants. | |

## [~~Proposed~~] ORDER TO REDACT
## TRANSCRIPT OF THE FEBRUARY 10, 2017 HEARING

THIS MATTER having been brought before the Court on Plaintiff Congoo LLC d/b/a Adblade's ("Adblade") motion to redact the transcript of the February 10, 2017 hearing pursuant to L. Civ. R. 5.3; and the Court having considered the submission in connection with the motion; and the Court having considered the factors contained in L. Civ. R. 5.3(c)(2), the Court makes the following findings of fact and conclusions of law:

1. Adblade has a legitimate interest in protecting the confidentiality of its confidential commercial information that is contained in the portions of the transcript of the

February 10, 2017 hearing identified in the Index of Redactions submitted as Exhibit A to the Declaration of Alexander Solo.

2. Public disclosure of disclosure of these matters would provide competitors, business partners, contractors, and employees an unfair advantage in negotiations with Adblade and would thereby harm Adblade's business.

3. Adblade's requested redaction and sealing is the least restrictive alternative because it the redactions identifies only the confidential materials.

WHEREFORE, the Court having found that there are legitimate public and private interests which warrant the relief sought; and for good cause shown, it is:

ORDERED that the portions of the preliminary injunction hearing transcripts identified in the Index of Redactions submitted as Exhibit A to the Declaration of Alexander Solo be REDACTED AND SEALED and that Adblade shall submit to the court reporter/transcription agency a Statement of Redaction and Sealing pursuant to L. Civ. R. 5.3 to accomplish same.

**SO ORDERED:**

Dated: __July 18 2017__
Trenton, New Jersey

_____
Tonianne J. Bongiovanni
United States Magistrate Judge

*The Clerk of the Court is directed to terminate Docket Entry No. 102*